**Mitchell MOORE, Jr., Appellant,**

v.

**CONLEY; J. Cofield; Hardman; Jergenson; Lauer,**
**Appellees.**

No. 07–3302.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 7, 2008.

Filed: Dec. 2, 2008.

Mitchell Moore, Jr., Kansas City, MO, pro se.

Mariam Decker, Bruce Farmer, Oliver Walker Wilson, LLC, Columbia, MO, for appellees.

Before MELLOY, COLLOTON, and SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Former Missouri inmate Mitchell Moore, Jr., appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 lawsuit. Based on our de novo review of the record, see *Popoalii v. Corr. Med. Servs.*, 512 F.3d 488, 499 (8th Cir.2008) (standard of review), we agree with the district court that summary judgment was warranted. Accordingly, we affirm. See 8th Cir. R. 47B.

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.